IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Steptore, Tamarrah D | Case Number: 05 B 01001 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/14/08 | Filed: 1/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 14, 2008
Confirmed: March 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,188.00 | |
| Secured: | | 7,632.87 |
| Unsecured: | | 0.00 |
| Priority: | | 266.81 |
| Administrative: | | 1,800.00 |
| Trustee Fee: | | 476.81 |
| Other Funds: | | 11.51 |
| Totals: | 10,188.00 | 10,188.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,800.00 | 1,800.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | GE Capital Auto Financial Services | Secured | 6,544.91 | 6,544.91 |
| 4. | New Age Chicago Furniture Co | Secured | 1,087.96 | 1,087.96 |
| 5. | Internal Revenue Service | Priority | 6,084.11 | 266.81 |
| 6. | Illinois Dept of Revenue | Priority | 248.42 | 0.00 |
| 7. | New Age Chicago Furniture Co | Unsecured | 155.76 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 69.00 | 0.00 |
| 9. | Midwest Verizon Wireless | Unsecured | 89.16 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 226.81 | 0.00 |
| 11. | David J Axelrod & Assoc | Unsecured | 6.10 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 106.90 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 3.00 | 0.00 |
| 14. | Illinois Dept Of Human Services | Priority | | No Claim Filed |
| 15. | Encircle Collections | Unsecured | | No Claim Filed |
| 16. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 17. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 18. | First Premier | Unsecured | | No Claim Filed |
| 19. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 20. | SBC | Unsecured | | No Claim Filed |
| 21. | Medical Payment Data | Unsecured | | No Claim Filed |
| 22. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 23. | FNB Brooking | Unsecured | | No Claim Filed |
| 24. | United States Dept Of Education | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Steptore, Tamarrah D

Printed: 10/14/08

Case Number: 05 B 01001
Judge: Wedoff, Eugene R
Filed: 1/13/05

$ 16,422.13          $ 9,699.68

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 55.63 |
| 3% | 55.57 |
| 5.5% | 178.25 |
| 5% | 46.30 |
| 4.8% | 66.67 |
| 5.4% | 74.39 |
| | $ 476.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____